IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| JOEL IACOPELLI, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 9:16-cv-03786-BHH |
| UNITED HEALTHCARE SERVICES, ) | |
| INC., KENNETH ZULLO AND BOOKER ) | |
| JOSEPH ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby jointly stipulate and agree that this action should be dismissed in its entirety with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 1st day of August, 2019,

| *s/ Neil E. Alger* | s/*Jonathan A. Roth* |
|---|---|
| Neil E. Alger, Esquire | Stephanie E. Lewis, Esquire |
| Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A. | Jonathan A. Roth, Esquire |
| Post Office Box 457 | Jackson Lewis P.C. |
| Hampton, SC 29924 | 15 South Main Street, Suite 700 |
| Phone: 803-943-2111 | Greenville, SC 29601 |
| Fax: 803-943-3943 | Phone: 864-232-7000 |
| | Fax: 864-235-1381 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |